IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Jessica R | Case Number: 07 B 10343 |
| | Judge: Squires, John H |
| Printed: 6/10/08 | Filed: 6/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 30, 2008
Confirmed: August 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,684.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,593.06 |
| Trustee Fee: | | 90.94 |
| Other Funds: | | 0.00 |
| Totals: | 1,684.00 | 1,684.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,994.00 | 1,593.06 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 17,148.07 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 325.43 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 464.41 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 416.61 | 0.00 |
| 8. | Federated Retail Holdings Inc | Unsecured | 603.96 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,221.43 | 0.00 |
| 10. | Municipal Collection Services | Unsecured | 1,880.00 | 0.00 |
| 11. | Dell Financial Services, Inc | Unsecured | 1,197.16 | 0.00 |
| 12. | Check Into Cash | Unsecured | | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 14. | Check N Go | Unsecured | | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 16. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 17. | National Quick Cash | Unsecured | | No Claim Filed |
| 18. | MCYDSNB | Unsecured | | No Claim Filed |
| 19. | Payday Loan | Unsecured | | No Claim Filed |
| 20. | National American | Unsecured | | No Claim Filed |
| 21. | RMI/MCSI | Unsecured | | No Claim Filed |
| 22. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 23. | RMI/MCSI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,251.07 | $ 1,593.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Jessica R | Case Number: 07 B 10343 |
| | Judge: Squires, John H |
| Printed: 6/10/08 | Filed: 6/8/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 90.94 |
| | _____ |
| | $ 90.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

